# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES PATRICK WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:13-cv-350-SEB-TAB |
| ) | |
| JOHN DOWD, et. al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court now enters FINAL JUDGMENT.

For the reasons detailed in the March 28, 2014, Order, the claims against the State of Indiana, the Indiana State Police, and the individual defendants in their official capacities are **dismissed**. All claims dependent on the investigation of Mr. White for procuring or submitting a false/fictitious/fraudulent voter registration application, voting outside precinct of residence, procuring/casting/tabulating a false/fictitious/fraudulent ballot, theft, and two counts of perjury are **dismissed without prejudice**. The claims against the prosecutor defendants based on their decision to charge and prosecute Mr. White for fraud against a financial institution and their conduct at trial are **dismissed**. Mr. White's claim for intentional infliction of emotional distress is **dismissed.**

For the reasons detailed in Order of this day, Mr. White's claims based on his prosecution for fraud against a financial institution are **dismissed.**

Date: 2/3/2015

Laura Briggs, Clerk

BY: *Kelly Rota*

Deputy Clerk, U.S. District Court

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles Patrick White
13086 Overview Drive
Fishers, IN 46037

All electronically registered counsel